# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152834

DIANNA BROOKS,
       Plaintiff-Appellee,

and

SYNERGY SPINE AND ORTHOPEDIC
SURGERY, L.L.C.,
       Intervening Plaintiff,

v

       SC: 152834
       COA: 322024
       Wayne CC: 13-001066-NF

STARR INDEMNITY & LIABILITY
COMPANY,
       Defendant/Third-Party
       Plaintiff-Appellee,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Defendant/Third-Party
       Defendant-Appellee,

and

PV HOLDING CORPORATION,
       Defendant/Third-Party
       Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 10, 2015 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Perkovic v Zurich American Ins Co* (Docket No. 152484) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016



Clerk

a0518